OAO91 (Rev. 12/03) Criminal Complaint

**U.S. DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**FILED**

DEC 15 2008

CLERK, U.S. DISTRICT COURT
By _____
         Deputy

# UNITED STATES DISTRICT COURT

_____NORTHERN_____ DISTRICT OF _____TEXAS_____

UNITED STATES OF AMERICA
V.

Jose Nava (01), Luis Nava (02)
Reynaldo Nava (03), Marie Chavez (04),
Carol Rivas-Nava (05), Cecily Juarez (06)

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

Case Number: 5:08-MJ-137

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about _From in or around 2005 and continuing to_ December 13, 2008 (Date) in _____Lubbock_____ County, in the _____Northern_____ District of _____Texas_____ defendant(s) did,

(Track Statutory Language of Offense)
knowingly and intentionally combine, conspire, confederate, and agree together and with persons known and unknown to commit an offense against the United States; that is, to knowingly and intentionally distribute and possess with intent to distribute 5 kilograms and more of a mixture and substance containing a detectable amount of cocaine, a schedule II controlled substance.

in violation of Title ___21___ United States Code, Section(s) _846, 841(a)(1), 841(b)(1)(A)(ii)(II)_ .

I further state that I am a(n) _____Special Agent_____ and that this complaint is based on the
                                      Official Title
following facts:

Continued on the attached sheet and made a part of this complaint:   ☒ Yes   ☐ No

_____
Signature of Complainant

Matthew R. Noblet
Printed Name of Complainant

Sworn to before me and signed in my presence,

| 12/15/2008 | at | Lubbock | Texas |
| Date | | City | State |

Nancy M. Koenig       U.S. Magistrate Judge       _____
Name of Judge         Title of Judge              Signature of Judge

## **AFFIDAVIT**

I, Matthew R. Noblet, being first duly sworn, do depose and state the following:

I am a Special Agent of the Drug Enforcement Administration (DEA) pursuant to Title 21, United States Code, Section 878, and as such I am authorized to make searches, seizures, and have powers of arrest. I have been employed as a DEA Special Agent since April 2004. Throughout my tenure as a federal law enforcement officer I have received continued extensive training in narcotics identification, investigations, as well as the laws of search and seizure. I am familiar with the facts and circumstances of this investigation as a result of my personal participation in the investigation referred to in this affidavit and information summarized in reports I have reviewed. I have compiled information derived from numerous discussions with experienced law enforcement officers, including other Special Agents of the DEA and Detectives from the Big Spring Police Department. Since this complaint is being submitted for the limited purpose of establishing probable cause, I have not included each and every fact known by me in the investigation. More specifically, I have set forth only pertinent facts that I believe are necessary to establish probable cause. Based on the facts cited in the body of this affidavit, I believe that probable cause exists to believe that Jose NAVA, Luis NAVA, Reynaldo NAVA, Marie CHAVEZ, Carol RIVAS-NAVA, and Cecily JUAREZ did knowingly and intentionally conspire to possess with the intent to distribute five kilograms and more of a mixture and substance containing a detectable amount of cocaine, in violation of 21 U.S.C. 846.

a.  In September 2007, the U.S. DOJ/DEA Lubbock Resident Office initiated an investigation into the Almighty Latin King Nation ("ALKN") criminal organization in the Northern District of Texas, during which the DEA and other law enforcement agencies have gathered significant intelligence and information regarding the federal narcotics, weapon trafficking, and violent activities of the ALKN criminal organization throughout Texas and Chicago, Illinois.

b.  From in and around 2001 to the present, during the course of a drug war with rival narcotics distributors, ALKN Texas State Representative and leader JOSE ROBLEDO NAVA, a/k/a "King Chino", white male, date of birth 10/14/1978, currently residing at 1910 46th Street, Lubbock, Texas, and his ALKN associates committed numerous violent crimes throughout the Northern District of Texas, including but not limited to, capital murder, aggravated assault and drive-by shootings.

c.  On 5/4/2008, Jose NAVA and the ALKN criminal organization committed three capital murders during the course of a retaliatory drive-by shooting on a rival street gang in Big Spring, Texas. The ALKN members shot and wounded six individuals, three of which ultimately died, including a pregnant female and her unborn child.

d.  Shortly thereafter, a large number of ALKN members fled the Big Spring, Texas area and settled with family members in neighboring communities. In September 2008, law enforcement located Jose NAVA and other ALKN members residing in the Lubbock, Texas area.

  e. Furthermore, Jose NAVA and the ALKN criminal organization is responsible for transporting and distributing multi-kilogram quantities of cocaine and marijuana, as well as transporting and trafficking illegal firearms, throughout Texas. Intelligence information indicates that Jose NAVA and other ALKN members are importing the narcotics from Mexico into the south Texas region, and then transporting the narcotics to the Big Spring, Midland and Lubbock, Texas areas for further distribution. Intelligence information also indicates that Jose NAVA and other ALKN members are transporting and trafficking illegal firearms throughout Texas and Chicago, Illinois.

  f. Specifically, intelligence information indicates that within a two year period, Jose NAVA received approximately one hundred (100) kilograms of cocaine from his source of supply (SOS) in McAllen, Texas. However, by cutting the cocaine he received Jose NAVA was able to increase the total amount he distributed to approximately three hundred fifty (350) to four hundred (400) kilograms of cocaine.

  g. CS1 stated that in 2005, he/she and Jose NAVA began receiving one (1) kilogram of cocaine per week for $10,000 from a McAllen SOS. The quantity of cocaine then increased to two (2) kilograms per week in 2006. CS1 stated that he/she, Jose NAVA, and Jose NAVA's two brothers Reynaldo NAVA, a/k/a "Rat", and Luis NAVA, a/k/a "Flaco" would cut the cocaine with Inositol powder and acetone, and then re-package the cocaine for further distribution. CS1 stated that a McAllen SOS would sometimes send female couriers on buses from Mission, Texas with the cocaine taped to their bodies. The females would then ride the buses from Mission, Texas to Big Spring,

Texas, or Jose NAVA would go to San Antonio to pick up the female couriers. CS1 also stated that he/she and Jose NAVA would send money to a McAllen SOS in Mission, Texas or San Antonio, Texas every weekend using couriers or Western Union. CS1 further stated that currently, Jose NAVA utilizes Reynaldo NAVA and his wife, Carol RIVAS-NAVA to transport cocaine from South Texas in either a GMC Envoy or a white Jeep Cherokee. CS1 stated that Jose NAVA never rides in the car with the cocaine. CS1 also stated that Jose NAVA traded cocaine for guns, and at one time several ALKN members had "hundreds" of rifles and pistols at their residences. CS1 stated that CS1 stated that the ALKN members' narcotics distribution in Big Spring, Texas fueled the conflict with the rival narcotics distributors in town, and ultimately the three capital murders. CS1 has proven to be credible and reliable throughout the course of this investigation.

  h. A source of information (SOI) stated that he/she recently traveled from Big Spring, Texas, to Midland, Texas, and then ultimately to Edinburg, Texas with Jose NAVA to purchase one (1) kilogram of cocaine from a SOS in McAllen, Texas for $19,500. They then drove to San Antonio, Texas where Jose NAVA gave the one (1) kilogram of cocaine to his brother Reynaldo NAVA's wife, Carol RIVAS-NAVA, who then transported the cocaine to Lubbock, Texas in the white Jeep Cherokee. SOI and Jose NAVA then followed her in Jose NAVA's grey GMC Envoy. SOI stated that a Mercedes Benz emblem was stamped into the one (1) kilogram brick of cocaine.

  i. On 12/08/08, at approximately 9:00 pm, Affiant received information that

Jose NAVA and other unknown ALKN members were planning on traveling to South Texas to purchase a large quantity of cocaine.

j.  On 12/09/08, at approximately 5:00 am, surveillance was initiated at Jose NAVA's residence, 1910 46th Street, Lubbock, Texas. At approximately 10:25 pm, law enforcement officers observed a white Ford Mustang, bearing Texas license plate NLV-121, depart 1910 46th Street, Lubbock, Texas and travel to 1907 47th Street, Lubbock, Texas. Moments later, law enforcement officers observed several unknown subjects, later identified as Jose NAVA, his wife Marie CHAVEZ, and his brother Steven NAVA enter a white Ford Mustang. Surveillance was maintained on the white Ford Mustang as it departed Lubbock, traveling south on Highway 87 toward Big Spring, Texas. Surveillance followed the white Ford Mustang to 501 Circle Street, Big Spring, Texas. At that time Task Force Officer (TFO) Billy Koontz observed the occupants enter the residence at 501 Circle Street, Big Spring, Texas. The white Ford Mustang then drove to 1208 Mesa Street, Big Spring, Texas, which is known to be the residence of Jose NAVA's brother and fellow ALKN member Reynaldo NAVA. Also located at the residence was a white Jeep Cherokee, bearing Texas license plate KHV-112.

k.  On 12/10/08, at approximately 12:15 am, surveillance observed the white Ford Mustang and its occupants depart 1208 Mesa, driving west on Interstate 20 toward Midland, Texas. At approximately 1:00 am, the white Ford Mustang arrived at the Whataburger in Midland, Texas. The white Ford Mustang stayed at the Whataburger for several minutes. At approximately 2:00 am, the white Ford Mustang traveled to the

Bradford Apartments, 1415 West Wadley, Apartment 1505, Midland, Texas, which is known to be the residence of Jose NAVA's brother and fellow ALKN member Luis NAVA. Surveillance observed the occupants enter apartment 1505.

j.  At approximately 4:20 am, the occupants of the white Ford Mustang departed apartment 1505 and drove to San Antonio, Texas. At approximately 9:20 am, law enforcement officers followed the white Ford Mustang to the Travel Lodge Hotel, 405 Broadway, San Antonio, Texas, where the occupants, later identified as Jose NAVA, Marie CHAVEZ, Steven NAVA, and a minor child, rented Room 201.

k.  At approximately 4:30 pm, surveillance followed Jose NAVA, Steven Nava and Maria CHAVEZ to the greyhound bus station located at 500 North Saint Mary's Street, San Antonio, Texas. At that time, Steven NAVA purchased a bus ticket in his name, and Maria CHAVEZ received a Western Union wire transfer.

l.  At approximately 5:05 pm, surveillance observed Jose NAVA, Steven NAVA and Maria CHAVEZ depart the Greyhound bus station in the white Ford Mustang and travel to Citibank, 5404 Broadway Street, San Antonio, Texas. Maria CHAVEZ then exited the white Ford Mustang and visit the ATM. Surveillance then followed the white Ford Mustang back to the Travel Lodge Hotel.

m.  At approximately 7:30 pm, surveillance observed Jose NAVA, Steven NAVA, Maria CHAVEZ and the minor child enter the white Ford Mustang and drive to the Greyhound bus station. Steven NAVA then exited, and the white Ford Mustang drove around the bus station until he boarded the 8:00 pm bus to McAllen, Texas.

    n.    On 12/11/08, at approximately 1:45 pm, surveillance observed Jose NAVA, Maria CHAVEZ and the minor child depart the Travel Lodge and travel to Wal-Mart, where Maria CHAVEZ received a $400 Money Gram from Carol NAVA.

    m.    At approximately 8:35 pm, surveillance followed the white Ford Mustang go to the Greyhound bus station. Maria CHAVEZ then attempted to get money from Western Union inside the bus station. Surveillance overheard the clerk tell Maria CHAVEZ "no," and return the piece of paper. Law enforcement officers subsequently discovered that Maria CHAVEZ was attempting to get a Western Union money transfer for approximately $500, but the Western Union counter was closed. At approximately 8:42 pm, Jose NAVA and Maria CHAVEZ drove to the same Wal-Mart where Maria CHAVEZ received a $400 Money Gram earlier that day.

    n.    On 12/13/08, at approximately 11:15 am, Affiant received information that the white Ford Mustang departed San Antonio, Texas, heading west bound on Interstate 10. At approximately 1:15 pm, law enforcement officers located the white Ford Mustang following a white Jeep Cherokee, bearing Texas license plate KHV-112, in San Angelo, Texas. At approximately 2:04 pm, Texas Department of Public Safety Trooper Carlos Diaz initiated a traffic stop on the white Jeep Cherokee, which was occupied by Reynaldo NAVA and Carol NAVA. Both Reynaldo NAVA and Carol NAVA gave conflicting statements about their road trip. After discovering that Reynaldo NAVA had an outstanding warrant for his arrest, trooper Diaz placed him in handcuffs for officer safety. A subsequent free air sniff by a certified canine resulted in the seizure of approximately

one (1) kilogram of cocaine in a suitcase located in the rear hatch area of the vehicle. A Mercedes Benz emblem was stamped into the one (1) kilogram brick of cocaine. After being advised of their Miranda warnings, both Reynaldo NAVA and Carol NAVA requested to speak with an attorney. A subsequent field test of the suspected cocaine resulted in a presumptive positive.

o. Jose NAVA and Marie CHAVEZ were subsequently arrested after law enforcement officers initiated a traffic stop on the white Ford Mustang. After Jose NAVA and Marie CHAVEZ were advised of their Miranda warnings, Marie CHAVEZ requested to speak with an attorney. Their two year old daughter was subsequently released to Child Protective Services custody.

p. On 12/13/2008, Affiant received information from DEA S/A William Kimbell that on December 12, 2008, Luis NAVA's girlfriend, Cecily JUAREZ, had purchased a substantial amount of Inositol powder, a dietary supplement that is frequently used by drug traffickers to dilute or "cut" cocaine. Inositol is commonly added to the cocaine and then soaked in Acetone and allowed to dry. This process increases the overall amount of cocaine to sell and gives the appearance of being "un-cut." Based on this information, S/A Kimbell obtained a federal search warrant for Luis NAVA and Cecily JUAREZ's apartment, located at 1415 West Wadley, Apartment 1505 in Midland, Texas.

q. On 12/13/2008, at approximately 8:40 PM, investigating agents executed the search warrant, and located Luis NAVA and Cecily JUAREZ inside the apartment.

During a search of the apartment, investigating agents located cocaine and marijuana in several areas of the apartment. Specifically, investigating agents located approximately 200 grams of cocaine, a 9mm handgun and a .22 caliber rifle in the master bedroom closet. Investigating agents also located approximately 40 grams of cocaine and marijuana in the kitchen area of the apartment. Marijuana was also located on the floor near JUAREZ and her five year old daughter.

    r.    Luis NAVA and Cecily JUAREZ were both subsequently arrested and transported to the DEA Midland Resident Office. After being advised of his Miranda warnings, Luis NAVA agreed to speak with agents. During the interview, Luis NAVA admitted to distributing cocaine and marijuana for several years but stated he primarily sold marijuana. Luis NAVA further stated that the cocaine found in the master bedroom closet (approximately 200 grams) was left by Jose NAVA when he visited the apartment on December 10, 2008 at approximately 1:00 am. Luis NAVA added that Jose NAVA occasionally used the apartment to store drugs. Luis NAVA further admitted that he knew his brother Jose NAVA was going to San Antonio, Texas, to acquire cocaine. Luis NAVA also admitted that he and his spouse, Cecily JUAREZ, assisted his brother Jose NAVA by purchasing Inositol, which was used to dilute quantities of cocaine. Luis NAVA also stated he and his brother Jose NAVA would frequently dilute cocaine with Inositol. Luis NAVA further stated that he had received both firearms from street purchases, and that he utilized the firearms for protection because he had been involved in several shooting incidents in Big Spring, Texas.

    s.    After being advised of her Miranda warnings, Cecily JUAREZ agreed to speak with agents. JUAREZ admitted to purchasing Inositol, with the last purchase being on Friday, December 12, 2008. JUAREZ stated that she purchased the Inostiol for her husband Luis NAVA. JUAREZ further stated neither she nor her husband Luis NAVA had any legitimate income, and that she did not know how her husband Luis NAVA paid for their living expenses.

    t.    On 12/13/2008, while executing a state search warrant at Reynaldo NAVA's residence, located at 1208 Mesa Street, Big Spring, Texas, law enforcement officers discovered a military issued bullet-proof vest, Inositol and Glutamine cutting agents, a dried mashed potato can with a false bottom, scales, drug ledgers, receipts from Western Union wire transfers, and assorted gang paraphernalia consistent with ALKN membership.

    u.    On 12/13/2008, while executing a state search warrant at Jose NAVA's residence, located at 1910 46th Street, Lubbock, Texas, law enforcement officers discovered two (2) separate kilogram size wrappers, a plastic bag which field tested positive for cocaine, a scale, drug ledgers, various ammunition, and assorted gang paraphernalia consistent with ALKN membership.

v.	On 12/14/2008, law enforcement officers received consent to search while executing a federal arrest warrant for ALKN member Luis OJEDA at 2803 53rd Street, Lubbock, Texas, and discovered eight (8) firearms (two of which had obliterated serial numbers), two (2) boxes of fifteen (15) one ounce hollow-point slugs, approximately two hundred (200) rounds of various ammunition, and assorted gang paraphernalia consistent with ALKN membership.

Matthew R. Noblet
Drug Enforcement Administration

Sworn to and subscribed to before me this the 15th day of December 2008.

Nancy M. Koenig
United States Magistrate Judge