IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 5:08-MJ-137-C(02) |
| | § | ECF |
| LUIS NAVA (2) | § | |

MOTION FOR PRETRIAL DETENTION AND CONTINUANCE

The United States asks for the pretrial detention of Defendant under Title 18, United States Code, Sections 3142(e) and 3142(f).

1. ***Eligibility of Case***.  This case is eligible for a detention order under 18 U.S.C. § 3142(f) because it is a case that involves:

   _____  A crime of violence as defined in 18 U.S.C. § 3156(a)(4).  (18 U.S.C. § 3142(f)(1)(A)).
   _____  An offense for which the maximum sentence is life imprisonment or death. (18 U.S.C. § 3142(f)(1)(B)).
   \_\_\_X\_\_  Controlled substances offense for which the maximum sentence is 10 years or more. (18 U.S.C. § 3142(f)(1)(C)).
   _____  A felony that was committed after the defendant had been convicted of two or more prior federal offenses described in 18 U.S.C. § 3142(f)(1)(A)-(C), or comparable state or local offenses. (18 U.S.C. § 3142(f)(1)(D)).
   _____  A serious risk defendant will not appear. (18 U.S.C. § 3142(f)(2)(A)).
   Factual predicate in support of this ground:
   _____  A serious risk defendant will obstruct or attempt to obstruct justice, or threaten, injure or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror. (18 U.S.C. § 3142(f)(2)(B)).
   Factual predicate in support of this ground: _____
   _____  A felony that involves a minor victim in a qualifying offense or failure to register as a sex offender.  (18 U.S.C § 3142(f)(1)(E)).
   _____  A felony that involves the possession or use of a firearm or

    destructive device, or any other dangerous weapon.  (18 U.S.C
    § 3142(f)(1)(E)).

2.  **_Reason for Detention._**  The Court should detain the defendant, under 18 U.S.C. § 3142(e), because no condition or combination of conditions will reasonably assure:

   __X__ Defendants' appearance as required.
   __X__ Safety of any other person and the community.

3.  **_Rebuttable Presumption._**  The United States will invoke the rebuttable presumption against the defendant under 18 U.S.C. § 3142(e).

   The presumption applies because:

   __X__ Probable cause to believe the defendant committed 10 + year drug offense or firearms offense, 21 U.S.C. §§ 846, 841(a)(1), 841(b)(1)(B)(ii).  (18 U.S.C. § 3142(e)).
   _____ Previous conviction for "eligible" offense committed while on pretrial bond.  (18 U.S.C. § 3142(e)(1)-(3)).
   _____ Probable cause to believe defendant committed a federal crime of terrorism as defined by 18 U.S.C. §2332b(g)(5).  (18 U.S.C. § 3142(e))
   _____ Probable cause to believe defendant committed a qualifying offense involving a minor victim.  (18 U.S.C. § 3142(e)).

4.  **_Time for Detention Hearing_**.  The United States requests the Court conduct the detention hearing:

   _____ At first appearance.
   __X__ After continuance of three days.
   _____ After continuance of 10 days under 18 U.S.C. § 3142(d).
   _____ Moot at this time as defendant is in state custody.  Hearing requested if detention becomes a viable issue.

**Motion for Pretrial Detention and Continuance – Page 2**

***Grounds for 10 day continuance:*** (inapplicable to this defendant)

The defendant is, and was at the time the alleged offense was committed:

    _____ on release pending trial for a felony under federal, state, or local law;
    _____ on release pending imposition or execution of sentence, appeal of sentence or conviction, or completion of sentence, for an offense under federal, state, or local law;
    _____ on probation or parole for an offense under federal, state, or local law; or
_____is not a citizen of the United States or lawfully admitted for permanent residence as defined at 8 U.S.C. § 1101(a)(20);
    and the defendant:

    _____ may flee; or
    _____ pose a danger to any other person or the community.

Dated this 15th day of December 2008.

                                    Respectfully submitted,

                                    RICHARD B. ROPER
                                  UNITED STATES ATTORNEY


                                  /s/ Cody L. Skipper
                                  CODY L. SKIPPER
                                  Assistant United States Attorney
                                  Texas State Bar No. 24041928
                                  1205 Texas Avenue, Suite 700
                                  Lubbock, Texas 79401
                                  Telephone:   806.472.7351
                                  Facsimile:    806.472.7394
                                  E-mail:        cody.skipper@usdoj.gov